UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 5, 2005

Memo To Counsel Re: Caroline Dawkins, et al. v. U.S. Dept. of Health & Human Servs.
Civil No. JFM-05-848

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendant's motion to dismiss. The motion will be granted.

It is clear that plaintiffs were required to exhaust their administrative remedies under 42 U.S.C. § 405(g) in pursuing their claim. Their failure to do so divests this court of subject matter jurisdiction. *McCarthy v. Madigan*, 503 U.S. 140 (1992), relied upon by plaintiffs, is not on point because it did not involve an administrative exhaustion requirement specifically mandated by Congress. In any event, although plaintiffs' discomfort about what occurred is understandable, they have not established either that defendant has been guilty of causing unreasonable or indefinite delay or that it is so biased that it would have predetermined the issues if plaintiff had filed an administrative claim.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge